AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

MATAN GOLDSTEIN )
*Plaintiff* )
v. ) Civil Action No. 3:24-cv-00036-RSB-JCH
RECTOR & VISTORS OF THE U. OF VA, et al )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FACULTY FOR JUSTICE IN PALESTINE UVA CHAPTER
Fahad Ahmad Bishara - Associate Professor (Agent of Def. FJP at UVA)
University of Virginia - Corcoran Department of History
Room 253, Nau Hall - South Lawn
Charlottesville, Virginia 22904
bishara@virginia.edu

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BROWN & GAVALIER, PLLC
Gregory W. Brown
Post Office Box 25
Keswick, Virginia 22947

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

LAURA A. AUSTIN, CLERK OF COURT

Date: 5/22/2024

s/ Kelly Brown
*Deputy Clerk*

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00036-RSB-JCH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fahad Ahmad Bishara, Professor
was received by me on *(date)* 05/24/2024.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On 05/29/2024, Carol Brown, History Dept. office, Room 323 accepted service and placed it in Prof. Bishara's mail slot.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/29/2024

*Server's signature*: John T. Pittman

*Printed name and title*: John T. Pittman, Private Investigator

*Server's address*: 977 Seminole Trail, #296
Charlottesville, VA 22901

Additional information regarding attempted service, etc: