AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | | |
|---|---|---|
| MATAN GOLDSTEIN<br>*Plaintiff*<br>v.<br>RECTOR & VISTORS OF THE U. OF VA, et al<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 3:24-cv-00036-RSB-JCH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FACULTY FOR JUSTICE IN PALESTINE UVA CHAPTER
Oludamini Ogunnaike - Associate Professor (Agent of Def. FJP at UVA)
University of Virginia - Department of Religious Studies
323 Gibson Hall 183, 1540 Jefferson Park Avenue
Charlottesville, Virginia 22904
oo4qw@virginia.edu

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BROWN & GAVALIER, PLLC
Gregory W. Brown
Post Office Box 25
Keswick, Virginia 22947

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

LAURA A. AUSTIN, CLERK OF COURT

Date: 5/22/2024

s/ Kelly Brown
Deputy Clerk

AO 440 (Rev. 06/12) (12/22 WD/VA)  Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00036-RSB-JCH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Oludamini Ogunnaike, Professor
was received by me on *(date)* 05/24/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On 05/29/2024, summons was left at the door of the Religious Studies Department office, 323 Gibson Hall. Prof Ogunnaike's specific office could not be located.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/29/2024

*John T. Pittman*
Server's signature

John T. Pittman, Private Investigator
Printed name and title

977 Seminole Trail, # 296
Charlottesville, VA 22901
Server's address

Additional information regarding attempted service, etc:

Print  Save As...  Reset