# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| Matan Goldstein <br> *Plaintiff* | ) <br> ) <br> ) | |
| v. | ) | Case No.  3:24-00036-RSB-JCH |
| Rector & Visitors of the U. of VA, et al. <br> *Defendant* | ) <br> ) <br> ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant: Faculty for Justice in Palestine at UVA.

Date:   June 17, 2024

*Attorney's signature*

Kelly Orians VSB# 98047
*Printed name and bar number*

580 Massie Rd.
Charlottesville, VA 22903
*Address*

keorians@gmail.com
*E-mail address*

303-946-5375
*Telephone number*

*FAX number*