UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MATAN GOLDSTEIN, et al. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action: 3:24-cv-00036-RSH-JCH |
| RECTOR OF THE U. OF VA, et al. | ) |
| Defendants, | ) |

**DEFENDANTS STUDENTS FOR JUSTICE IN PALESTINE AT UVA AND FACULTY FOR JUSTICE IN PALESTINE UVA CHAPTER MOTION TO ADMIT COUNSEL PRO HACE VICE**

Pursuant to Local Civil Rule 6(d), Defendant Students for Justice in Palestine at UVA (SJP) and Faculty for Justice in Palestine UVA Chapter (FJP) through under-signed counsel request this Court to admit attorney Jonathan Wallace as counsel *pro hac vice* in this matter, contact information as follows:

Jonathan Wallace (NY State Bar 1733757)
P.O. Box 728
Amagansett, NY 11930
917 359 6234
jonathan.wallace80@gmail.com

June 18, 2024

Respectfully submitted,

_____
Kelly Orians (VSB 98047)
580 Massie Road
Charlottesville, VA 22903
keorians@gmail.com
303-946-5375

Counsel for Defendants SJP and FJP

## CERTIFICATE OF SERVICE

     I hereby certify that on the 18th day of June, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record in this case:

_____
Kelly Orians (VSB 98047)
580 Massie Road
Charlottesville, VA 22903
keorians@gmail.com
303-946-5375

Counsel for Defendants SJP and FJP