UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MATAN GOLDSTEIN, et al. | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action: 3:24-cv-00036-RSB-JCH <br> ) |
| RECTOR OF THE U. OF VA, et al. | ) <br> ) |
| Defendants, | ) <br> ) |

**UNOPPOSED MOTION TO EXTEND DEADLINE**

Defendant Students for Justice in Palestine at UVA (SJP) and Defendant Faculty for Justice in Palestine UVA Chapter (FJP) through under-signed counsel requests this Court to extend the deadline to file a responsive pleading in the above-styled case to July 1, 2024. Counsel for Plaintiff has consented to this request.

June 18, 2024

Respectfully submitted,

_____
Kelly Orians (VSB 98047)
580 Massie Road
Charlottesville, VA 22903
keorians@gmail.com
303-946-5375

Counsel for Defendant SJP

## CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of June, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record in this case:

Kelly Orians (VSB 98047)
580 Massie Road
Charlottesville, VA 22903
keorians@gmail.com
303-946-5375

Counsel for Defendant SJP