CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
June 20, 2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| MATAN GOLDSTEIN, et al. ) | |
| Plaintiff, ) | |
| v. ) | Civil Action: 3:24-cv-00036-RCB-JCH- |
| RECTOR OF THE U. OF VA, et al. ) | |
| Defendants, ) | |

ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Extend Deadline, it is hereby: ORDERED that Plaintiff's Motion is GRANTED; and it is furthered

ORDERED that Defendants Students for Justice in Palestine at UVA and Faculty for Justice in Palestine UVA Chapter shall each file an initial responsive pleading by July 1, 2024.

SO ORDERED.

DATE: 6/20/24

_____
JUDGE