AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| Matan Goldstein | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:24-cv-00036 |
| The Rector and Visitors of the University of Virginia et a | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendants Students for Justice in Palestine and Faculty for Justice in Palestine                .

Date:    06/29/2024

/s/Jonathan Wallace
*Attorney's signature*

Jonathan Wallace 1733757
*Printed name and bar number*

PO 728
Amagansett NY 11930

*Address*

jonathan.wallace80@gmail.com
*E-mail address*

(917) 359-6234
*Telephone number*

*FAX number*