IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MATAN GOLDSTEIN, | ) |
| | ) |
| *Plaintiff*, | ) CIVIL ACTION NO. 3:24-CV-00036-RSB-JCH |
| | ) |
| v. | ) |
| | ) |
| THE UNIVERSITY OF VIRGINIA et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**DEFENDANTS STUDENTS FOR JUSTICE IN PALESTINE AND FACULTY FOR JUSTICE IN PALESTINE JOINT MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Students for Justice in Palestine ("SJP") and Faculty for Justice in Palestine ("FJP") (together, the "Defendants"), through undersigned counsel of record respectfully move to dismiss Plaintiff Matan Goldstein's claims that Defendants engaged in discrimination in violation of Virginia Code § 8.01-42.1; negligence, gross negligence, and intentional infliction of emotional distress; and violations of 42 U.S.C. §§ 1981 and 1988, and for other and further relief as this Court deems just and proper. Plaintiff lacks standing to bring his claims and fails to sufficiently plead facts entitling him to relief. The grounds for this Motion are set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss.

Dated:   July 1, 2024                                        Respectfully submitted,


[SIGNATURES ON NEXT PAGE]

By: _____
Kelly Orians (VSB 98047)
580 Massie Road
Charlottesville, VA 22903
keorians@gmail.com
303-946-5375

Jonathan Wallace (NY State Bar 1733757)
P.O. Box 728
Amagansett, NY 11930
917 359 6234
jonathan.wallace80@gmail.com
*Admitted Pro Hac Vice*

Asim Ghafoor (MD State Bar 9906240136)
Law Office of Asim Ghafoor
23465 Rock Haven Way, Suite 100
Dulles, VA 20166
(202) 330 1469
asim@glawoffice.com
*Admitted Pro Hac Vice*

*Attorneys for Defendants SJP and FJP*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Defendant FJP and SJP's Motion to Dismiss and the supporting Memorandum was served by ECF on July 1, 2024 on all counsel or parties of record.

_____
Kelly Orians (VSB 98047)