AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Matan Goldstein | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:24-00036-RSB-JCH |
| Rector & Visitors of the U. of VA, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Defendant__   Faculty for Justice in Palestine UVA Chapter   .

Date:   7/2/2024

*Attorney's signature*

Asim Ghafoor MD Bar 9906240136
*Printed name and bar number*

23465 Rock Haven Way
Suite 100
Dulles, VA 20166
*Address*

asim@glawoffice.com
*E-mail address*

(202) 330-1469
*Telephone number*

*FAX number*