# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | | |
|---|---|---|
| MATAN GOLDSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 3:24-cv-00036-RSB-JCH |
| THE RECTOR AND VISITORS OF THE | ) | |
| UNIVERSITY OF VIRGINIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

UPON CONSIDERATION of Plaintiff Matan Goldstein's Motion to Extend, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that Plaintiff shall have until August 6, 2024, to respond pursuant to Local Rule 11(c)(1) to Defendants Faculty for Justice in Palestine UVA Chapter and Students for Justice in Palestine at UVA's pending joint motion to dismiss (Dkt. No. 21) and that the Plaintiff shall have until August 6, 2024, to amend the Complaint as a matter of course pursuant to Federal Rule of Civil Procedure (a)(1)(B).

SO ORDERED, this, the ____ day of July, 2024,

_____
Hon. Robert S. Ballou
United States District Court Judge

*Endorsement of counsel on following page.*

**WE ASK FOR THIS:**

/s/ Gregory W. Brown
GREGORY W. BROWN – VA Bar # 36369
KRISTI L. GAVALIER – VA Bar # 96707
BROWN & GAVALIER, PLLC
320 West Main Street
Charlottesville, Virginia 22903
Telephone & Facsimile (One Talk): 434-996-2606
partners@brownandgavalier.com (Lawyers' Email)
admin@brownandgavalier.com (CM/ECF)
*Counsel for Matan Goldstein*

**SEEN AND AGREED:**

/s/ Kelly Orians
Kelly Orians (VSB No. 98047)
580 Massie Road
Charlottesville, Virginia 22903
keorians@gmail.com
*Counsel for Defendants SJP and FJP*

/s/ Asim Ghafoor
Asim Ghafoor (*pro hac vice*)
LAW OFFICE OF ASIM GHAFOOR
23465 Rock Haven Way, Suite 100
Dulles, Virginia 20166
asim@glawoffice.com
*Counsel for Defendants SJP and FJP*

/s/ Jonathan Wallace
Jonathan Wallace (*pro hac vice*)
Post Office Box 728
Amagansett, New York 11930
jonathan.wallace80@gmail.com
*Counsel for Defendants SJP and FJP*