## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| MATAN GOLDSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-00036-RSB-JCH |
| | ) |
| THE RECTOR AND VISITORS OF THE | ) |
| UNIVERSITY OF VIRGINIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA, RECTOR ROBERT D. HARDIE, AND PRESIDENT JAMES E. RYAN'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM

Defendants The Rector and Visitors of the University of Virginia, Rector Robert D. Hardie, and President James E. Ryan (collectively, the "UVA Defendants"), move to dismiss Plaintiff's Complaint with prejudice for lack of standing under Federal Rule of Civil Procedure 12(b)(1) and failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). The grounds in support of this Motion are set forth in the UVA Defendants' Memorandum in Support filed with this Motion.

Dated: July 16, 2024

                                              */s/Jonathan T. Blank*
Jonathan T. Blank (VSB No. 38487)
**McGuireWoods LLP**
323 2nd St. SE, Suite 700
Charlottesville, VA 22902
Tel.: (434) 977-2509
Fax: (434) 980-2258
jblank@mcguirewoods.com

Farnaz F. Thompson (VSB No. 75982)
**McGuireWoods LLP**
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C.

Tel: (202) 857-1000
Fax: (202) 857-2737
fthompson@mcguirewoods.com

Heidi E. Siegmund (VSB No. 89569)
Juliet B. Clark (VSB No. 96918)
**McGuireWoods LLP**
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
hsiegmund@mcguirewoods.com
jbclark@mcguirewoods.com

*Counsel for Defendants the Rector and Visitors of the University of Virginia, Robert D. Hardie, and James. E. Ryan*

## CERTIFICATE OF SERVICE

I certify that on July 16, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　*/s/Jonathan T. Blank*
　　　　　　　　　　　　　　　　　　　　Jonathan T. Blank

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants the Rector and*
　　　　　　　　　　　　　　　　　　　　*Visitors of the University of Virginia, Robert*
　　　　　　　　　　　　　　　　　　　　*D. Hardie, and James. E. Ryan*