# Exhibit A

# "Honor Charge"

# FILED UNDER SEAL