UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Charlottesville Division

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
July 17, 2024
LAURA A. AUSTIN, CLERK
BY s/ S. MELVIN
DEPUTY CLERK

| | |
|---|---|
| MATAN GOLDSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-00036-RSB-JCH |
| ) | |
| THE RECTOR AND VISITORS OF THE ) | |
| UNIVERSITY OF VIRGINIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on The Rector and Visitors of the University of Virginia, Rector Robert D. Hardie, and President James E. Ryan's (collectively, the "UVA Defendants") Motion for Leave to File Under Seal. Upon due consideration, the Court finds that filing under seal is necessary to comply with the University's obligations under FERPA and to protect the privacy interests of a non-party student whose record is in issue in this proceeding. Additionally, the Court finds that the limited redactions and sealing of Exhibit A properly balances the public's presumptive right of access to Court records with a nonparty's privacy interests. Finally, the Court finds that there is no less drastic alternative than the under-seal filing proposed by the UVA Defendants that will protect the nonparty's information from disclosure to the public.

The Court hereby directs the Clerk to file under seal the UVA Defendants' unredacted Memorandum in Support of Motion to Dismiss for Lack of Standing and Failure to State a Claim, as well as Exhibit A to the same Motion. It is SO ORDERED.

Entered this 16th day of July, 2024.

*[signature]*