UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

NOTICE TO PARTIES OF RIGHT TO CONSENT TO
JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

_____

**Plaintiff(s)/Petitioner(s)**

CASE NO. _____

v.

_____

**Defendant(s)/Respondent(s)**

*Notice.* In accordance with the provisions of 28 U.S.C. § 636(c), and Federal Rule of Civil Procedure 73, you are hereby notified that a United States Magistrate Judge of this court is available to conduct all proceeding in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals for the Fourth Circuit, like any other judgment of this court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case transferred to a Magistrate Judge, or you may withhold your consent without adverse substantive consequences. The name(s) of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent.* The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including any trial, the entry of final judgment, and all post-trial proceedings.

*You should only sign and return this form to the Clerk's Office if you choose to consent this action to a magistrate judge's exercise of jurisdiction over this case*

**Signature:**                              **Printed Name:**                              **Date:**

_____        _____        _____

**Counsel for:**

_____

Approved e-filers may return this form by e-mailing it to vawd_consents@vawd.uscourts.gov. All others must mail the paper form directly to the Clerk's Office.