IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| MATAN GOLDSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:24-cv-00036-RSB-JCH |
| THE RECTOR AND VISITORS OF THE ) | |
| UNIVERSITY OF VIRGINIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT & UNOPPOSED MOTION TO EXTEND**

COMES NOW Plaintiff Matan Goldstein, by and through undersigned counsel, with the consent of all parties, through their respective counsel, and, pursuant to Local Rule 11(c)(1), respectfully moves the Honorable Court for an Order extending the time allowed for the Plaintiff to respond to Defendants UVA, Ryan, and Hardie's pending Motions to Dismiss (Dkt. No. 26) from July 31, 2024, to August 6, 2024.

In support of this motion, the Plaintiff, through undersigned counsel, respectfully states and submits to the Honorable Court that the deadlines for the Plaintiff to respond to Defendants' SJP at UVA and FJP at UVA's pending motions to dismiss was extended to August 6, 2024, as was the Plaintiff's deadline to amend the Complaint as a matter of course pursuant to 15(a)(1)(B). The Plaintiff respectfully reiterates notice of his intent to amend the Complaint as a matter of course on or before August 6, 2024, which will supersede the original Complaint and the pending motions. The Plaintiff respectfully seeks to harmonize current pending deadlines and respectfully seeks to avoid unnecessary motions practice and expenditure of resources. Undersigned counsel for the Plaintiff has conferred with counsel for all parties who have consented to this motion and approved

the language in the proposed Order. Therefore, this motion is unopposed. The Plaintiff further respectfully represents that this complex constitutional and civil rights matter is being diligently prosecuted and defended by all parties and their counsel, that this motion is not interposed for any improper purpose, and finally, that the extensions of time will not cause any delays to trial, discovery, or disposition of this matter.

A proposed Order, attached as Exhibit A, has been signed and approved by Plaintiff's counsel and counsel for all Defendants and submitted to the Court.

Date: July 17, 2024,

          Respectfully submitted,

          **MATAN GOLDSTEIN**

          By his counsel:

          /s/ Gregory W. Brown
          GREGORY W. BROWN – VA Bar # 36369
          KRISTI L. GAVALIER – VA Bar # 96707
          BROWN & GAVALIER, PLLC
          320 West Main Street
          Charlottesville, Virginia 22903
          Telephone & Facsimile (One Talk): 434-996-2606
          partners@brownandgavalier.com (Lawyers' Email)
          admin@brownandgavalier.com (CM/ECF)
          *Counsel for Matan Goldstein*

**WE CONSENT:**

/s/ Kelly Orians
Kelly Orians (VSB No. 98047)
580 Massie Road
Charlottesville, Virginia 22903
keorians@gmail.com
*Counsel for Defendants SJP and FJP*

/s/ Asim Ghafoor
Asim Ghafoor (*pro hac vice*)
LAW OFFICE OF ASIM GHAFOOR
23465 Rock Haven Way, Suite 100
Dulles, Virginia 20166
asim@glawoffice.com
*Counsel for Defendants SJP and FJP*

/s/ Jonathan Wallace
Jonathan Wallace (*pro hac vice*)
Post Office Box 728
Amagansett, New York 11930
jonathan.wallace80@gmail.com
*Counsel for Defendants SJP and FJP*

/s/ Jonathan T. Blank
Jonathan T. Blank (VSB No. 38487)
MCGUIREWOODS LLP
323 2nd St. SE, Suite 700
Charlottesville, VA 22902
Tel.: (434) 977-2509
Fax: (434) 980-2258
jblank@mcguirewoods.com
*Counsel for Defendants UVA, Ryan, and Hardie*

/s/ Farnaz F. Thompson
Farnaz F. Thompson (VSB No. 75982)
MCGUIREWOODS LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C.
Tel: (202) 857-1000
Fax: (202) 857-2737
fthompson@mcguirewoods.com
*Counsel for Defendants UVA, Ryan, and Hardie*

<u>/s/ Heidi E. Siegmund</u>
Heidi E. Siegmund (VSB No. 89569)
<u>/s/ Juliet B. Clark</u>
Juliet B. Clark (VSB No. 96918)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
hsiegmund@mcguirewoods.com
jbclark@mcguirewoods.com
*Counsel for Defendants UVA, Ryan, and Hardie*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2024, I will electronically mail (email) a copy of the foregoing to the following individuals and I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

| | |
|---|---|
| Kelly Orians (VSB No. 98047)<br>580 Massie Road<br>Charlottesville, Virginia 22903<br>keorians@gmail.com<br>*Counsel for Defendants SJP at UVA and FJP at UVA* | Jonathan T. Blank (VSB No. 38487)<br>MCGUIREWOODS LLP<br>323 2nd St. SE, Suite 700<br>Charlottesville, VA 22902<br>Tel.: (434) 977-2509<br>Fax: (434) 980-2258<br>jblank@mcguirewoods.com<br>*Counsel for Defendants UVA, Ryan, and Hardie* |
| Asim Ghafoor (*pro hac vice*)<br>LAW OFFICE OF ASIM GHAFOOR<br>23465 Rock Haven Way, Suite 100<br>Dulles, Virginia 20166<br>asim@glawoffice.com<br>*Counsel for Defendants SJP at UVA and FJP at UVA* | Farnaz F. Thompson (VSB No. 75982)<br>MCGUIREWOODS LLP<br>888 16th Street N.W., Suite 500<br>Black Lives Matter Plaza<br>Washington, D.C.<br>Tel: (202) 857-1000<br>Fax: (202) 857-2737<br>fthompson@mcguirewoods.com<br>*Counsel for Defendants UVA, Ryan, and Hardie* |
| Jonathan Wallace (*pro hac vice*)<br>Post Office Box 728<br>Amagansett, New York 11930<br>jonathan.wallace80@gmail.com<br>*Counsel for Defendants SJP at UVA and FJP at UVA* | Heidi E. Siegmund (VSB No. 89569)<br>Juliet B. Clark (VSB No. 96918)<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Tel.: (804) 775-1000<br>Fax: (804) 775-1061<br>hsiegmund@mcguirewoods.com<br>jbclark@mcguirewoods.com<br>*Counsel for Defendants UVA, Ryan, and Hardie* |

/s/ Gregory W. Brown
BROWN & GAVALIER, PLLC