CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
July 18, 2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| MATAN GOLDSTEIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:24-cv-00036-RSB-JCH |
| THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

UPON CONSIDERATION of Plaintiff Matan Goldstein's Motion to Extend, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that Plaintiff shall have until August 6, 2024, to respond pursuant to Local Rule 11(c)(1) to Defendants UVA, Ryan, and Hardie's pending joint motion to dismiss (Dkt. No. 26). The Plaintiff has represented the intent to file an Amended Complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) on or before August 6, 2024. The filing of an Amended Complaint by the Plaintiff shall be deemed to supersede the original Complaint and all pending motions to dismiss will be moot, negating the necessity of response to the motions by the Plaintiff.

SO ORDERED, this, the 18th day of July, 2024,

_____
Hon. Joel C. Hoppe
United States Magistrate Judge

*Endorsement of counsel on following page.*

**WE ASK FOR THIS:**

/s/ Gregory W. Brown
GREGORY W. BROWN – VA Bar # 36369
KRISTI L. GAVALIER – VA Bar # 96707
BROWN & GAVALIER, PLLC
320 West Main Street
Charlottesville, Virginia 22903
Telephone & Facsimile (One Talk): 434-996-2606
partners@brownandgavalier.com (Lawyers' Email)
admin@brownandgavalier.com (CM/ECF)
*Counsel for Matan Goldstein*

**SEEN AND AGREED:**

/s/ Kelly Orians
Kelly Orians (VSB No. 98047)
580 Massie Road
Charlottesville, Virginia 22903
keorians@gmail.com
*Counsel for Defendants SJP and FJP*

/s/ Asim Ghafoor
Asim Ghafoor (*pro hac vice*)
LAW OFFICE OF ASIM GHAFOOR
23465 Rock Haven Way, Suite 100
Dulles, Virginia 20166
asim@glawoffice.com
*Counsel for Defendants SJP and FJP*

/s/ Jonathan Wallace
Jonathan Wallace (*pro hac vice*)
Post Office Box 728
Amagansett, New York 11930
jonathan.wallace80@gmail.com
*Counsel for Defendants SJP and FJP*

/s/ Jonathan T. Blank
Jonathan T. Blank (VSB No. 38487)
MCGUIREWOODS LLP
323 2nd St. SE, Suite 700
Charlottesville, VA 22902
Tel.: (434) 977-2509
Fax: (434) 980-2258
jblank@mcguirewoods.com
*Counsel for Defendants UVA, Ryan, and Hardie*

/s/ Farnaz F. Thompson
Farnaz F. Thompson (VSB No. 75982)
MCGUIREWOODS LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C.
Tel: (202) 857-1000
Fax: (202) 857-2737
fthompson@mcguirewoods.com
*Counsel for Defendants UVA, Ryan, and Hardie*


/s/ Heidi E. Siegmund
Heidi E. Siegmund (VSB No. 89569)
/s/ Juliet B. Clark
Juliet B. Clark (VSB No. 96918)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
hsiegmund@mcguirewoods.com
jbclark@mcguirewoods.com
*Counsel for Defendants UVA, Ryan, and Hardie*