IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| MATAN GOLDSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:24-cv-00036-RSB-JCH |
| THE RECTOR AND VISITORS OF THE ) | |
| UNIVERSITY OF VIRGINIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*

COMES NOW Plaintiff Matan Goldstein, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and voluntarily dismisses *only* Defendant Rector Robert D. Hardie from this action, *without prejudice*. Defendant Hardie has not served an answer or a motion for summary judgment. This dismissal *without prejudice* does not apply to any other Defendant or any claims interposed against any other Defendant. It applies strictly and solely to Defendant Rector Robert D. Hardie and is *without prejudice.*

Date: August 6, 2024

Respectfully submitted,

**MATAN GOLDSTEIN**

By his counsel:

/s/ Gregory W. Brown
GREGORY W. BROWN – VA Bar # 36369
KRISTI L. GAVALIER – VA Bar # 96707
BROWN & GAVALIER, PLLC
320 West Main Street
Charlottesville, Virginia 22903
Telephone & Facsimile (One Talk): 434-996-2606
partners@brownandgavalier.com (Lawyers' Email)
admin@brownandgavalier.com (CM/ECF)
*Counsel for Matan Goldstein*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2024, I will electronically mail (email) a copy of the foregoing to the following individuals and I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

| | |
|---|---|
| Kelly Orians (VSB No. 98047)<br>580 Massie Road<br>Charlottesville, Virginia 22903<br>keorians@gmail.com<br>*Counsel for Defendants SJP at UVA and FJP at UVA* | Jonathan T. Blank (VSB No. 38487)<br>MCGUIREWOODS LLP<br>323 2nd St. SE, Suite 700<br>Charlottesville, VA 22902<br>Tel.: (434) 977-2509<br>Fax: (434) 980-2258<br>jblank@mcguirewoods.com<br>*Counsel for Defendants UVA, Ryan, and Hardie* |
| Asim Ghafoor (*pro hac vice*)<br>LAW OFFICE OF ASIM GHAFOOR<br>23465 Rock Haven Way, Suite 100<br>Dulles, Virginia 20166<br>asim@glawoffice.com<br>*Counsel for Defendants SJP at UVA and FJP at UVA* | Farnaz F. Thompson (VSB No. 75982)<br>MCGUIREWOODS LLP<br>888 16th Street N.W., Suite 500<br>Black Lives Matter Plaza<br>Washington, D.C.<br>Tel: (202) 857-1000<br>Fax: (202) 857-2737<br>fthompson@mcguirewoods.com<br>*Counsel for Defendants UVA, Ryan, and Hardie* |
| Jonathan Wallace (*pro hac vice*)<br>Post Office Box 728<br>Amagansett, New York 11930<br>jonathan.wallace80@gmail.com<br>*Counsel for Defendants SJP at UVA and FJP at UVA* | Heidi E. Siegmund (VSB No. 89569)<br>Juliet B. Clark (VSB No. 96918)<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Tel.: (804) 775-1000<br>Fax: (804) 775-1061<br>hsiegmund@mcguirewoods.com<br>jbclark@mcguirewoods.com<br>*Counsel for Defendants UVA, Ryan, and Hardie* |

/s/ Gregory W. Brown
BROWN & GAVALIER, PLLC