**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| MATAN GOLDSTEIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE RECTOR AND VISITORS OF THE ) <br> UNIVERSITY OF VIRGINIA, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 3:24-cv-00036-RSB-JCH |

**[PROPOSED] ORDER**

This matter comes before the Court on The Rector and Visitors of the University of Virginia and President James E. Ryan's (collectively, the "UVA Defendants") Unopposed Motion to for Extension of Time ("Motion"). Having reviewed the Motion, recognizing it is unopposed, and for good cause shown, the Motion is GRANTED, and it is hereby ORDERED:

(1) All Defendants' responsive pleadings shall be due September 10, 2024;

(2) Plaintiff's opposition to such pleadings, if any, shall be due October 15, 2024; and

(3) All Defendants' reply briefs, if any, shall be due October 29, 2024.

**IT IS SO ORDERED**.

Entered this ___ day of _____, 2024.

_____
Hon. Joel Hoppe
United States Magistrate Judge