UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Charlottesville Division

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
August 14, 2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
     DEPUTY CLERK

| | |
|---|---|
| MATAN GOLDSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-00036-RSB-JCH |
| | ) |
| THE RECTOR AND VISITORS OF THE | ) |
| UNIVERSITY OF VIRGINIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on The Rector and Visitors of the University of Virginia and President James E. Ryan's (collectively, the "UVA Defendants") Unopposed Motion for Extension of Time ("Motion"). Having reviewed the Motion, recognizing it is unopposed, and for good cause shown, the Motion is GRANTED, and it is hereby ORDERED:

(1) All Defendants' responsive pleadings shall be due September 10, 2024;

(2) Plaintiff's opposition to such pleadings, if any, shall be due October 15, 2024; and

(3) All Defendants' reply briefs, if any, shall be due October 29, 2024.

**IT IS SO ORDERED**.

Entered this 14th day of August, 2024.

Hon. Joel Hoppe
United States Magistrate Judge