IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
August 20, 2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
     DEPUTY CLERK

| | |
|---|---|
| **MATAN GOLDSTEIN,** | ) |
| | ) |
| Plaintiff, | )  Civil Action No. 3:24-cv-00036 |
| v. | ) |
| | ) |
| **THE RECTOR AND VISITORS** | ) |
| **OF THE UNIVERSITY OF VIRGINIA,** | ) |
| et al., | )  By: Hon. Robert S. Ballou |
| | )  United States District Judge |
| **Defendant.** | ) |

**ORDER REFERRING CASE TO MEDIATION**

The court hereby **ORDERS** that this case is **REFERRED** to Joel Hoppe, United States Magistrate Judge, for the purposes of mediation. Counsel shall promptly contact Judge Hoppe's chambers to schedule the mediation. The parties are advised that any information provided during the proceeding shall be treated as confidential and shall not be shared with any other officer of the court. Mediation shall proceed independently of all other pretrial development and shall not modify or stay any scheduling provisions of the pretrial order.

It is so **ORDERED**.

Entered:  August 20, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge