# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| MATAN GOLDSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-00036-RSB-JCH |
| ) | |
| THE RECTOR AND VISITORS OF THE ) | |
| UNIVERSITY OF VIRGINIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA AND PRESIDENT JAMES E. RYAN'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendants The Rector and Visitors of the University of Virginia and President James E. Ryan (collectively, the "UVA Defendants"), move to dismiss Plaintiff's Amended Complaint (ECF No. 39) with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). The grounds in support of this Motion are set forth in the UVA Defendants' Memorandum in Support filed with this Motion.

Dated: September 10, 2024

                                        */s/Jonathan T. Blank*

                                        Jonathan T. Blank (VSB No. 38487)
                                        **McGuireWoods LLP**
                                        323 2nd St. SE, Suite 700
                                        Charlottesville, VA 22902
                                        Tel.: (434) 977-2509
                                        Fax: (434) 980-2258
                                        jblank@mcguirewoods.com

                                        Farnaz F. Thompson (VSB No. 75982)
                                        **McGuireWoods LLP**
                                        888 16th Street N.W., Suite 500
                                        Black Lives Matter Plaza
                                        Washington, D.C.

Tel: (202) 857-1000
Fax: (202) 857-2737
fthompson@mcguirewoods.com

Juliet B. Clark (VSB No. 96918)
**McGuireWoods LLP**
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
jbclark@mcguirewoods.com

*Counsel for Defendants the Rector and Visitors of the University of Virginia and James. E. Ryan*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

          */s/Jonathan T. Blank*
Jonathan T. Blank

*Counsel for Defendants the Rector and Visitors of the University of Virginia and James. E. Ryan*