# EXHIBITS 2 -17 FILED UNDER SEAL