**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | | |
|---|---|---|
| MATAN GOLDSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 3:24-cv-00036-RSB-JCH |
| THE RECTOR AND VISITORS OF THE | ) | |
| UNIVERSITY OF VIRGINIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*

COMES NOW Plaintiff Matan Goldstein, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and voluntarily dismisses *only* Defendant Students for Justice in Palestine at UVA and Defendant Faculty for Justice in Palestine UVA Chapter from this action, *without prejudice*. Neither Defendant has served an answer or a motion for summary judgment. This dismissal *without prejudice* does not apply to any other Defendant or any claims interposed against any other Defendant. It applies strictly and solely to Defendant Students for Justice in Palestine at UVA and Defendant Faculty for Justice in Palestine UVA Chapter and is *without prejudice.*

Date: September 16, 2024,          Respectfully submitted,

          **MATAN GOLDSTEIN**
          By his counsel:

          /s/ Gregory W. Brown
          GREGORY W. BROWN – VA Bar # 36369
          BROWN & GAVALIER, PLLC
          320 West Main Street
          Charlottesville, Virginia 22903
          Telephone & Facsimile (One Talk): 434-996-2606
          admin@brownandgavalier.com (CM/ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2024, I will electronically mail (email) a copy of the foregoing to the following individuals and I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

| | |
|---|---|
| Kelly Orians (VSB No. 98047)<br>Thomas Frampton (*pro hac vice*)<br>580 Massie Road<br>Charlottesville, Virginia 22903<br>keorians@gmail.com<br>tframpton@gmail.com<br>*Counsel for Defendants SJP at UVA and FJP at UVA* | Jonathan T. Blank (VSB No. 38487)<br>MCGUIREWOODS LLP<br>323 2nd St. SE, Suite 700<br>Charlottesville, VA 22902<br>Tel.: (434) 977-2509<br>Fax: (434) 980-2258<br>jblank@mcguirewoods.com<br>*Counsel for Defendants UVA, Ryan, and Hardie* |
| Asim Ghafoor (*pro hac vice*)<br>LAW OFFICE OF ASIM GHAFOOR<br>23465 Rock Haven Way, Suite 100<br>Dulles, Virginia 20166<br>asim@glawoffice.com<br>*Counsel for Defendants SJP at UVA and FJP at UVA* | Farnaz F. Thompson (VSB No. 75982)<br>MCGUIREWOODS LLP<br>888 16th Street N.W., Suite 500<br>Black Lives Matter Plaza<br>Washington, D.C.<br>Tel: (202) 857-1000<br>Fax: (202) 857-2737<br>fthompson@mcguirewoods.com<br>*Counsel for Defendants UVA, Ryan, and Hardie* |
| Jonathan Wallace (*pro hac vice*)<br>Post Office Box 728<br>Amagansett, New York 11930<br>jonathan.wallace80@gmail.com<br>*Counsel for Defendants SJP at UVA and FJP at UVA* | Heidi E. Siegmund (VSB No. 89569)<br>Juliet B. Clark (VSB No. 96918)<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Tel.: (804) 775-1000<br>Fax: (804) 775-1061<br>hsiegmund@mcguirewoods.com<br>jbclark@mcguirewoods.com<br>*Counsel for Defendants UVA, Ryan, and Hardie* |

/s/ Gregory W. Brown
BROWN & GAVALIER, PLLC