IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
September 17, 2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
       DEPUTY CLERK

| | |
|---|---|
| **MATAN GOLDSTEIN,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:24-cv-00036 |
| v. ) | |
| ) | |
| **THE RECTOR AND VISITORS** ) | |
| **OF THE UNIVERSITY OF VIRGINIA,** ) | |
| **et al.,** ) | By: Hon. Robert S. Ballou |
| ) | United States District Judge |
| **Defendants.** ) | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff filed a notice of voluntary dismissal of Defendants Students for Justice in Palestine at UVA and Faculty for Justice in Palestine UVA Chapter. Accordingly, it is **ORDERED** and **ADJUDGED** that this case is dismissed without prejudice as to these Defendants.

Entered:  September 17, 2024

**Robert S. Ballou**
United States District Judge