UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| MATAN GOLDSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-00036-RSB-JCH |
| ) | |
| THE RECTOR AND VISITORS OF THE ) | |
| UNIVERSITY OF VIRGINIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Matan Goldstein and Defendants The Rector and Visitors of the University of Virginia, Robert D. Hardie,[1] and President James E. Ryan (collectively, "Defendants") hereby stipulate that Plaintiff's Complaint is dismissed with prejudice, with each party to bear their respective fees and costs.

---

[1] Plaintiff voluntarily dismissed Rector Robert Hardie without prejudice on August 6, 2024 (ECF No. 38).

| | |
|---|---|
| */s/Gregory Brown* | */s/Jonathan T. Blank* |
| Gregory Brown (VSB No. 36369) | Jonathan T. Blank (VSB No. 38487) |
| Kristi L. Gavalier (VSB No. 96707) | **McGuireWoods LLP** |
| **Brown & Gavalier, PLLC** | 323 2nd St. SE, Suite 700 |
| 320 West Main Street | Charlottesville, VA 22902 |
| Charlottesville, VA 223903 | Tel.: (434) 977-2509 |
| Tel.: (434) 996-2606 | Fax: (434) 980-2258 |
| partners@brownandgavalier.com | jblank@mcguirewoods.com |
| | |
| Jason Brett Torchinsky | Farnaz F. Thompson (VSB No. 75982) |
| **Holtzman Vogel Baran Torchinsky & Josefiak PLLC** | **McGuireWoods LLP** |
| 15405 John Marshall Hwy | 888 16th Street N.W., Suite 500 |
| Haymarket, VA 20169 | Black Lives Matter Plaza |
| 540-341-8808 | Washington, D.C. |
| jtorchinsky@holtzmanvogel.com | Tel: (202) 857-1000 |
| | Fax: (202) 857-2737 |
| | fthompson@mcguirewoods.com |
| *Counsel for Plaintiff Matan Goldstein* | Juliet B. Clark (VSB No. 96918) |
| | **McGuireWoods LLP** |
| | 800 East Canal Street |
| | Richmond, VA 23219 |
| | Tel.: (804) 775-1000 |
| | Fax: (804) 775-1061 |
| | jbclark@mcguirewoods.com |
| | |
| | *Counsel for Defendants the Rector and Visitors of the University of Virginia, Robert D. Hardie, and James. E. Ryan* |