IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

December 04, 2024

LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
      DEPUTY CLERK

| | |
|---|---|
| MATAN GOLDSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 3:24cv36 |
| | ) |
| THE RECTOR AND VISITORS OF THE | ) |
| UNIVERSITY OF VIRGINIA, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the parties' agreed Stipulation of Dismissal with Prejudice. Dkt. 73. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

**ORDERED** that the action is dismissed by stipulation, with prejudice.

This matter is **STRICKEN** from the active docket of the Court.

Entered:  December 4, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge